# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

JANE H.C. DOE
Plaintiff

v.

3:26-cv-577
Civil Action No.

JOHN DOE CHURCH, ET AL.
Defendant

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,
PLAINTIFF JANE H.C. DOE

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma and do not add address information. Only text visible within box will print.*

At this time, Plaintiff is not aware of any persons or legal entities that are financially interested in the outcome of this case other than those herein named as John Doe defendants.

/s/ Meredith K. Clark (No. 37441)
Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.