UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JANE H.C. DOE                                                    CIVIL ACTION

VERSUS                                                          NO. 26-577-SDD-RLB

JOHN DOE CHURCH, ET AL.

### ORDER

Before the Court is Plaintiff's second Motion for Leave to Supplement and Amend the Complaint. (R. Doc. 14).

Plaintiff Jane H.C, an adult female, commenced this action anonymously, naming as defendant John Doe Church, John Doe Church Corporation, John Doe Ward 1, John Doe Ward 2, John/Jane Does 1-20, and XYZ Doe Corporations 1-20. (R. Doc. 1, "Compl."). Plaintiff alleges that she was sexually molested and abused as a minor by various leaders and members of her church, including her father, when she attended John Doe Ward 1 in Mississippi and John Doe Ward 2 in Louisiana. (Compl. ¶¶ 13-30). Plaintiff seeks recovery pursuant to Louisiana Civil Code article 2315. (Compl. ¶¶ 35).

On June 8, 2026, the Court granted Plaintiff's Motion for Leave to Proceed Under Pseudonym (R. Doc. 3) and Motion for *In Camera* Inspection of Certificates of Merit and for Leave to File Supplemental and Amended Complaint for Damages (R. Doc. 4). (R. Doc. 9).

In doing so, the Court allowed Plaintiff to seek leave to file a Supplemental and Amended Complaint for Damages providing the actual identities of the defendants John Doe Church, John Doe Church Corporation, John Doe Ward 1, and John Doe Ward 2. The Court also required, however, Plaintiff to properly allege her own citizenship (*i.e.*, domicile) and, to the extent Plaintiff maintained an action against John Doe Ward 1, John Doe Ward 2, John/Jane Does 1-20,

and XYZ Doe Corporations 1-20), to identify the citizenship of each of these defendants for the purpose of meeting her burden of establishing subject matter jurisdiction.

Plaintiff has subsequently voluntarily dismissed her claims against John Doe Ward 1, John Doe Ward 2, John/Jane Does 1-20, and XYZ Doe Corporations 1-20. (R. Doc. 10; *see* R. Doc. 12). Accordingly, the sole Defendants remaining in this action are John Doe Church and John Doe Church Corporation.

After filing this voluntary dismissal, Plaintiff filed her first Motion for Leave to Supplement and Amend the Complaint (R. Doc. 11). Among other things, the proposed pleading appeared to re-assert claims against John Doe Ward 1 and John Doe Ward 2. The Court denied Plaintiff's motion for leave with instructions to correct certain deficiencies in the allegations in support of a finding of diversity jurisdiction. (R. Doc. 13).

On June 26, 2026, Plaintiff filed the instant second Motion for Leave to Supplement and Amend the Complaint. (R. Doc. 14). In the proposed pleading, Plaintiff clarifies that she only seeks to name two defendants in this action: The Church of Jesus Christ of Latter-day Saints (in place of John Doe Church) and Temple Corporation of The Church of Jesus Christ of Latter-day Saints (in place of John Doe Church Corporation). (*See* R. Doc. 14-2 at 2-3). In doing so, Plaintiff specifically alleged sufficient jurisdictional facts in support of a finding that these alleged corporate defendants are citizens of Utah. *See* 28 U.S.C. § 1332(c)(1); *Illinois Central Gulf Railroad Co. v. Pargas, Inc.*, 706 F.2d 633, 637 (5th Cir. 1983).

Plaintiff also seeks to identify John Doe Ward 1 as The Church of Jesus Christ of Latter-day Saints, Pascagoula Ward ("Pascagoula Ward") and John Doe Ward 2 as The Church of Jesus Christ of Latter-day Saints, Denham Springs Ward ("Denham Springs Ward"), but clarifies that

she no longer seeks to name them as defendants in this action. (*See* R. Doc. 14; *see also* R. Doc. 14-2 at 4-5).

In the proposed amended pleading, Plaintiff also clarifies that she is domiciled in the State of Louisiana. (*See* R. Doc. 14-2 at 2). Accordingly, the Court is satisfied that Plaintiff's proposed pleading asserts that there is complete diversity between the named parties in this action.[1]

Based on the foregoing,

**IT IS ORDERED** that Plaintiff's Motion for Leave to Supplement and Amend the Complaint (R. Doc. 14) is **GRANTED**, and the Clerk's Office shall file Plaintiff's Amended Complaint for Damages (R. Doc. 14-2) into the record.

**IT IS FURTHER ORDERED** that the Clerk's Office shall update the docket with the identities of the named defendants and issue appropriate summonses.

Signed in Baton Rouge, Louisiana, on July 20, 2026.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Nothing in Plaintiff's allegations shall preclude the defendants from seeking dismissal for lack of diversity jurisdiction if merited. *See* Fed. R. Civ. P. 12(b)(1).